```
1
2   ASTARTE DAVIS-RICE,              )
                                    )
3              Plaintiff,            )
                                    )
4        v.                          )
                                    )   No. C 03-00464 DLJ
5   HARLEY G. LAPPIN, DIRECTOR,     )
    FEDERAL BUREAU OF PRISONS,      )
6   ET AL.,                          )
                                    )
7              Defendant.           )   **ORDER**
                                    )
8   _____)
```

9

10      For good cause shown, the Court hereby GRANTS petitioner

11  Astarte Davis-Rice's request to proceed <u>in Forma Pauperis</u> filed

12  December 26, 2007.

13

14      IT IS SO ORDERED

15

16  Dated:    December 27, 2007

17                                  _____
                                    D. Lowell Jensen
18                                  United States District Judge

19

20

21

22

23

24

25

26

27

28